AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-5867

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kathleen Hochul

was received by me on *(date)* 07/12/2022 .

☑ I personally served the summons on the individual at *(place)* NY AG, 28 Liberty St., NY NY

on *(date)* 07/12/2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:

USPS Certified Mail to NYS Capitol Bldg, Albany, NY

My fees are $ 66 for travel and $ _____ for services, for a total of $ 66.00 / 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/12/2022

Server's signature

Joseph Zenko
Printed name and title

1/6 Sedore Ave Fairview NJ 07022
Server's address

Additional information regarding attempted service, etc: