```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JONATHAN CORBETT,                                             :
                            Plaintiff,                        :    22 Civ. 5867 (LGS)
                                                              :
              -against-                                       :    ORDER
                                                              :
KATHLEEN HOCHUL,                                              :
                            Defendant.                        :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 22, 2022, Plaintiff filed a motion for preliminary injunction. It is hereby

**ORDERED** that Defendant shall file an opposition by **September 5, 2022**. It is further

**ORDERED** that Plaintiff shall file a reply by **September 12, 2022**. It is further

**ORDERED** that the parties shall comply with the Court's Individual Rules concerning motions, including limitations on the number of pages and exhibits. It is further

**ORDERED** that a hearing will be held on **September 28, 2022, at 4:00 P.M.** The hearing will be telephonic and will occur on the following conference line: 888-363-4749, access code: 558-3333.

Dated: August 23, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**