UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN CORBETT,
                             Plaintiff,

                                       22 Civ. 5867 (LGS)
       -against-

                                       <u>ORDER</u>
KATHLEEN HOCHUL,
                             Defendant.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated August 23, 2022, a hearing for the motion for preliminary injunction is scheduled for September 28, 2022, at 4:00 P.M.  It is hereby

       **ORDERED** that the hearing is adjourned to **October 6, 2022, at 2:30 P.M.**  The hearing will be telephonic and will occur on the following conference line: 888-363-4749, access code: 558-3333.

Dated: September 6, 2022
         New York, New York

                                                                  **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**