

958 N Western Ave., Suite 765
Hollywood, CA 90029
jon@corbettrights.com

September 9th, 2022

To:     The Hon. Lorna Schofield
        United States District Judge
        Thurgood Marshall United States Courthouse
        40 Foley Square
        New York, NY 10007
        *via ECF*


**Re:**   **Consent Motion for Extension of Time to File Reply to Defendant's Opposition to Motion for Preliminary Injunction, *Corbett v. Hochul*, 1:22-CV-5867 (LGS) (SDA)**


Dear Judge Schofield:

A motion for preliminary injunction before the Court, filed Aug. 22nd, 2022 (ECF No. 11), was set with a briefing schedule of Sept. 5th, 2022 for the opposition and Sept. 12th, 2022 for a reply, by order of the Court dated August 23rd, 2022 (ECF No. 12).  On Sept. 5th, 2022, Defendant filed a 47-page opposition with 4-page declaration and 110 pages of exhibits (ECF Nos. 14, 15).

While Plaintiff would like to see the most expedient resolution of this motion, the undersigned solo practitioner needs more than a week to meaningfully respond to the 161 pages filed.  I have secured consent of opposing counsel for a 1-week extension, to Sept. 19th, 2022, and move the Court for a first extension on this matter to that date.  I look forward to the hearing on this motion currently set for Oct. 6th, 2022 (by order at ECF No. 16).

Thank you,


        */s/Jonathan Corbett*
        Jonathan Corbett, Esq.
        CORBETT RIGHTS, P.C.
        958 N. Western Ave. #765
        Hollywood, CA 90029
        E-mail: jon@corbettrights.com
        Phone: (310) 684-3870
        FAX:    (310) 675-7080