UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
JONATHAN CORBETT, :
                         Plaintiff, :
: 22 Civ. 5867 (LGS)
        -against- :
: ORDER
KATHLEEN HOCHUL, et al., :
                        Defendant. :
:
------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on August 22, 2022, Plaintiff filed a motion for preliminary injunction. On September 5, 2022, Defendant Hochul filed her opposition. The deadline for Plaintiff to file his reply is September 19, 2022;

    WHEREAS, on September 13, 2022, Plaintiff filed the Amended Complaint, naming additional defendants. It is hereby

    **ORDERED** that Plaintiff's motion for preliminary injunction is denied without prejudice to renewal in light of the filing of the Amended Complaint. Should Plaintiff wish to refile the motion, he shall do so by **September 27, 2022,** and incorporate discussion of the Amended Complaint. Any opposition shall be filed by **October 11, 2022**, and any reply shall be filed by **October 18, 2022**. It is further

    **ORDERED**, that if Defendants plan to file a motion to dismiss the Amended Complaint, they shall refile a pre-motion letter pursuant to the Court's Individual Rule III.A.1. Plaintiff shall respond within one week of receipt of such letter. It is further

    **ORDERED**, that the hearing on the preliminary injunction motion scheduled for October 6, 2022, at 2:30 P.M., is cancelled. The conference will be rescheduled if and when a new motion for preliminary injunction is filed.

Dated: September 13, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE