Application **GRANTED** in part.  Defendant Hochul's time to answer or otherwise respond to the Amended Complaint is extended to **October 27, 2022**, without prejudice to seeking a further extension if appropriate.

Dated: September 27, 2022
    New York, New York



**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8661

September 26, 2022

By ECF
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Corbett v. Hochul.; S.D.N.Y., 22-cv-5867

Dear Judge Schofield:

    This Office represents Governor Kathy Hochul in the above-captioned action. On September 13, 2022, Plaintiff filed an Amended Complaint which, as the original complaint, names the Governor as a defendant, but adds two other State officials as defendants: New York Attorney General Letita James and New York State Police Superintendent Kevin Bruen ("Superintendent"). To my knowledge, the Attorney General and Superintendent have not yet been served with the Amended Complaint.

    Governor Hochul's response to the Amended Complaint is due on September 27, 2022. *See* Fed. R. Civ. P. § 15(a)(3). The Governor writes to respectfully request that her response deadline be extended until 21 days after both the Attorney General and Superintendent have been served with the Amended Complaint. This will permit these State officials, all of whom will likely be represented by this Office, to respond together. Plaintiff takes no position on this request, and this is the first request for such relief.

    We thank the Court for its consideration of this matter.

                    Respectfully submitted,

                    _____/S/_____
                    Todd A. Spiegelman
                    Assistant Attorney General

cc: Plaintiff *pro se* (via ECF)