# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Corbett,<br>*Plaintiff*<br><br>v.<br><br>Kathleen Hochul *et al.*,<br>*Defendants* | Case No. 1:22-CV-5867(LGS)(SDA)<br><br>**AFFIDAVIT OF JONATHAN CORBETT IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

I, Jonathan Corbett, declare the following:

1. My name is Jonathan Corbett, I am Plaintiff in the above-captioned matter, and I am above the age of majority.

2. I maintain a residence and business in Brooklyn, New York, have for all times relevant here, and do not maintain a residence or business in any other county in New York.

3. On or about April 14th, 2022, I submitted an application for a license to carry a concealed handgun with the New York City Police Department ("NYPD") and paid all required filing fees.

4. On or about April 15th, 2022, an officer of the NYPD e-mailed me to ask that I schedule a time to appear in person at their headquarters to complete fingerprinting and pay the additional fees for the same.

5. On or about May 6th, 2022, I appeared in person, and completed the tasks, as requested in ¶ 4, *supra*.

6. During this in person appearance, the officer handling my fingerprints advised me that the expected wait time for my application to be assigned to a licensing officer was approximately 9 months.

7.  I have not been contacted by the NYPD or any other government official regarding my application since May 6th, 2022.

8.  Upon belief, I met (and still meet) all requirements that, on the day before S51001 was signed, the law provided, including citizenship, residency, mental health, and criminal history requirements.

9.  My application provided answers to all questions asked and all fees were paid.

10. I engage in anonymous speech on the Internet that I do not intend to disclose to the government, as it sometimes expresses controversial or unpopular views.

11. I do not intend to demand four of my friends (or anyone else, for that matter) vouch for me in order to perfect my gun license application.

12. I have already completed law school and substantial firearms training out-of-state, and likely have more target practice time than the average New York City Police Officer; I do not intend to waste another 18 hours of my life taking New York training courses.

I affirm the truth of the foregoing under penalty of perjury under the laws of the United States.

Dated: New York, NY    Respectfully submitted,
September 27th, 2022

                                                         */s/Jonathan Corbett*
Jonathan Corbett, Esq.
Plaintiff (attorney proceeding *pro se*)
CA Bar #325608
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
E-mail: jon@corbettrights.com
Phone: (310) 684-3870
FAX:   (310) 675-7080