UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Jonathan Corbett,

                                                *Plaintiff*

   - against -

Kathleen Hochul, *in her official capacity as chief executive of the State of New York*, Letitia James, *in her official capacity as Attorney General of the State of New York*, Eric Adams, *in his official capacity as Mayor of the City of New York*, Keechant Sewell, *in her official capacity as Police Commissioner of the New York Police Department*, Inspector Hugh Bogle, *in his official capacity as Commanding Officer of the New York Police Department, Licensing Division*, -and- Kevin Bruen, *in his official capacity as Superintendent of the New York State Police*

                                                *Defendant*
------------------------------------------------------------------------ X

22 CV 5867 (LGS)(SDA)

## **DECLARATION OF NICHOLAS R. CIAPPETTA**

       NICHOLAS R. CIAPPETTA, an attorney duly admitted to practice law in the United States District Court of the Southern District of New York, declares under penalties of perjury, pursuant to 28 U.S.C. § 1746, that the following is true:

       1.    I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Eric Adams, Mayor of the City of New York, Keechant Sewell, Commissioner of the New York City Police Department ("NYPD"), and Deputy Inspector Hugh Bogle, Commanding Officer of the NYPD Licensing Division.

2. I am familiar with the facts and circumstances of this action based upon my personal knowledge, my conversations with employees of the City of New York, and my review of the pleadings and other documents herein.

3. I submit this declaration in opposition to Plaintiff's motion for a preliminary injunction and to place certain documents on the record of this motion.

4. A true and accurate copy of Plaintiff's application for a Carry Business Handgun License, redacted to exclude any confidential personal information, is annexed hereto as Exhibit 1.

5. A true and accurate copy of a document authored by the New York State Division of Criminal Justice Services entitled *Minimum Standards for New York State Concealed Carry Firearm Safety Training*, is annexed hereto as Exhibit 2.

6. A true and accurate copy of a document authored by the New York State Division of Criminal Justice Services entitled *Frequently Asked Questions Regarding Recent Changes to New York State Firearm Laws*, is annexed hereto as Exhibit 3.

7. A true and accurate copy of The City Record from August 31, 2022, is annexed hereto as Exhibit 4.

8. A true and accurate copy of The City Record from October 18, 2022, is annexed hereto as Exhibit 5.

Dated:   New York, New York
         October 21, 2022

_____
Nicholas R. Ciappetta (NC 1014)