UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
JONATHAN CORBETT,                                             :
                                        Plaintiff,            :
                                                              :     22 Civ. 5867 (LGS)
              -against-                                       :
                                                              :     ORDER
KATHLEEN HOCHUL, et al.,                                      :
                                        Defendants.           :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, Plaintiff filed a motion for a preliminary injunction on September 28, 2022. Oral argument on the motion was held on November 29, 2022. It is hereby

   **ORDERED** that, for the reasons stated at the hearing, Plaintiff's motion for a preliminary injunction is **DENIED**.

   The Clerk of Court is respectfully directed to close the motion at Dkt. No. 48.

Dated: November 29, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**