IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Corbett,<br>*Plaintiff*<br><br>v.<br><br>Kathleen Hochul *et al.*,<br>*Defendants* | Case No.: 1:22-CV-5867 (LGS)<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff Jonathan Corbett hereby appeals the Court's November 29th, 2022 order denying its Motion for Preliminary Injunction (ECF No. 74) to the U.S. Court of Appeals for the Second Circuit.

Dated: New York, New York

December 28th, 2022

Respectfully submitted,

*/s/Jonathan Corbett*

_____

Jonathan Corbett, Esq. (CA Bar #325608)
*Attorney Proceeding* Pro Se
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
E-mail: jon@corbettrights.com
Phone: (310) 684-3870
FAX:   (310) 675-7080