

958 N Western Ave., Suite 765
Hollywood, CA 90029
jon@corbettrights.com

December 4th, 2023

To: The Hon. Lorna Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
*via ECF*

Re: Status Report, *Corbett v. Hochul*, 1:22-CV-5867 (LGS) (SDA)

Dear Judge Schofield:

On November 14th, 2023, the U.S. Court of Appeals for the Second Circuit vacated the order of the Court denying Plaintiff's motion for a preliminary injunction (D.E. #74) and remanded back to Your Honor. *See* D.E. #78 (Certified Order of U.S.C.A.). In short, the Court "assum[ed] without deciding" whether Plaintiff had standing and resolved the motion for preliminary injunction based on likelihood of success, but the Second Circuit held that the Court must first decide the standing issue as it is jurisdictional. *Id*.

Plaintiff awaits the Court's guidance as to whether it will require additional briefing, argument, or otherwise.

Thank you,

      */s/Jonathan Corbett*
Jonathan Corbett, Esq.
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
E-mail: jon@corbettrights.com
Phone: (310) 684-3870
FAX:    (310) 675-7080