Application **GRANTED**. By **December 22, 2023**, the parties shall each submit a letter, not to exceed three pages, on the issue of whether Plaintiff has standing to challenge the Concealed Carry Improvement Act's training requirement. The parties may incorporate by reference any previously filed materials in this case, referring to docket number and page.

Dated: December 14, 2023
New York, New York

*[signature]*                                                    December 14, 2023

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   <u>Jonathan Corbett v. Kathleen Hochul</u>, *et al*., 22 CV 5867 (LGS)

Dear Judge Schofield:

        I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I submit this letter on behalf of Defendants Eric Adams, Mayor of the City of New York, Edward Caban, Commissioner of the New York City Police Department ("NYPD")[1], and NYPD Inspector Hugh Bogle, Commanding Officer of the NYPD License Division, all sued in their official capacity (collectively "City Defendants").

        On December 6, 2023, Your Honor directed the parties to submit a letter by December 15, 2023 "on the issue of whether Plaintiff has standing to challenge the Concealed Carry Improvement Act's training requirement." Docket Entry No. 81. On December 8, 2023, the Second Circuit Court of Appeals issued a 261-page in *Antonyuk v. Hochul*, No. 22-2908. City Defendants are still reviewing the impact of this lengthy and complex decision on the standing issue presented in the instant matter. Accordingly, City Defendants request an additional week to submit the supplemental briefing ordered by Your Honor on December 6,

---

[1] Plaintiff originally named then-NYPD Commissioner Keechant Sewell as a defendant in her official capacity as Commissioner of the New York City Police Department. Edward A. Caban replaced Sewell as Commissioner of the New York City Police Department on July 17, 2023. Pursuant to Federal Rule of Civil Procedure 25(d), the successor of a public officer is automatically substituted as a party when the originally named public officer "ceases to hold office while the action is pending."

2023.  The State Defendants consent to this request.  As of the writing of this letter, Plaintiff has not indicated whether he consents.

      Thank you in advance for your consideration of this matter.

                              Respectfully submitted,

                              /s/

                              Nicholas Ciappetta
                              Senior Counsel