UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                      :

JONATHAN CORBETT,                  :

                Plaintiff,     :             22 Civ. 5867 (LGS)

               :

         -against-           :                 ORDER

               :

KATHLEEN HOCHUL, et al.,         :

               Defendants. :

                                        :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that, by **May 17, 2024,** Plaintiff shall file a letter describing the current status of his April 14, 2022, application for a license to carry a handgun, including (but not limited to) whether he has complied with the handgun training requirement, withdrawn his application, or received any communication about his application since his fingerprinting appointment on May 6, 2022.

Dated: May 13, 2024
       New York, New York

                                     LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE