

5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
jon@corbettrights.com

May 13th, 2024

To:   Hon. Lorna G. Schofield
      United States District Judge
      40 Foley Square
      New York, NY 10007
      *via ECF*

**Re:**   **Response to Order**

Dear Judge Schofield:

    In response to the Court's order issued today, Plaintiff advises that there have been no changes to his application status: no training has been completed and the application has not been withdrawn.  Plaintiff did complete the "interview" portion of the license application, but was advised by NYPD Licensing Division staff that his application would be held pending resolution of the claims brought in this case.

    Respectfully,

*/s/Jonathan Corbett*

_____

Jonathan Corbett, Esq.
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone: (310) 684-3870
E-mail: jon@corbettrights.com