

5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
jon@corbettrights.com

May 13th, 2024

To:  Hon. Lorna G. Schofield
     United States District Judge
     40 Foley Square
     New York, NY 10007
     *via ECF*

Re:  <u>Response to Order</u>

> By **May 15, 2024**, Plaintiff shall file a letter stating the date that he completed the interview portion of the license application.  So Ordered.
>
> Dated: May 13, 2024
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

    In response to the Court's order issued today, Plaintiff advises that there have been no changes to his application status: no training has been completed and the application has not been withdrawn.  Plaintiff did complete the "interview" portion of the license application, but was advised by NYPD Licensing Division staff that his application would be held pending resolution of the claims brought in this case.

    Respectfully,

    */s/Jonathan Corbett*

    _____

    Jonathan Corbett, Esq.
    CORBETT RIGHTS, P.C.
    5551 Hollywood Blvd., Suite 1248
    Los Angeles, CA 90028
    Phone: (310) 684-3870
    E-mail: jon@corbettrights.com