

5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
jon@corbettrights.com

May 14th, 2024

To: Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007
*via ECF*

**Re:** **Response to Order**

Dear Judge Schofield:

In response to the Court's order issued today, Plaintiff completed the "interview" portion of the license application on September 18th, 2023.

Respectfully,

/s/Jonathan Corbett

_____

Jonathan Corbett, Esq.
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone: (310) 684-3870
E-mail: jon@corbettrights.com