

5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
jon@corbettrights.com

May 17th, 2024

To:    Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007
*via ECF*

**Re:**    **Status Report, Corbett v. Hochul, 1:22-cv-05867-LGS**

Dear Judge Schofield:

    I have been notified that the NYPD Licensing Division has denied my application. A copy of the letter I have received is attached.

Respectfully,

*/s/Jonathan Corbett*

_____
Jonathan Corbett, Esq.
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone: (310) 684-3870
E-mail: jon@corbettrights.com