

**LICENSE APPLICATION DISAPPROVED**
PD 616-121A (Rev 6-01)

LICENSE DIVISION
ADMINISTRATIVE APPEAL UNIT
1 POLICE PLAZA - Room 110
New York, NY 10038
1-646 610 5873

| | |
|---|---|
| Jonathan W Corbett<br>167 Graham Avenue Apt. 2N<br>Brooklyn, NY   11206 | DATE:   05/14/2024<br><br>APPLICATION # CB2022004760 |

# NOTICE OF DISAPPROVAL

Dear Applicant:

Your application for a **(Carry Business)** Handgun License is DISAPPROVED pursuant to N.Y. Penal Law § 400.00 and Title 38 of the Rules of the City of New York §5-10 (M).

Pursuant to N.Y. Penal Law § 400.00 (1) & (19), applicants for a Concealed Carry license "shall complete an in-person live firearms safety course" and "shall ... submit ... [a] certification of completion of the training...." This requirement is mandated by New York State Law and the License Division has no discretion in issuing a license to an applicant who has not met it. To date, you have failed to submit the mandated training certificate.

Pursuant to 38 R.C.N.Y. §5-10 (M), "an application for a handgun license may be denied where ... [t]he applicant fails to cooperate with the License Division's investigation of their application or fails to provide information requested by the License Division or required by this chapter." You submitted your Concealed Carry application on April 14, 2022. An email was sent to you on April 15, 2022 to schedule you for a fingerprinting appointment, and a separate email informed you that you were missing at least one document. On April 18, 2022 you were sent an email confirming you for fingerprinting to take place on May 6, 2022. After you were fingerprinted on May 6, 2022, your case was assigned to PO DeRiggs on May 9, 2022. Investigator DeRiggs emailed you an introduction letter and a required documents checklist on 03/08/2023, which indicated that you needed to submit, among other outstanding documents1: Two Character References and the DCJS required 18hr Training Certificate. On 03/27/2023 you emailed the Investigator and stated that because you were challenging several aspects of the CCIA in court you would "not be completing any training courses unless and until that case is decided in the city's favor."

On June 13, 2023 there was a follow-up email sent to you pertaining to character reference requirements and on the same day you replied by email stating that you "respectfully decline to supplement my application with character references." Despite the outstanding documentation you were interviewed on September 18, 2023. In an effort to complete and process your application you were provided with the opportunity to submit the outstanding documents until May, 2024. As of today, you have not provided any of the outstanding required requested documents.

A determination to disapprove your application has been made based on your failure to cooperate with the License Division's investigation of your application by failing to provide:

1. Two Character References.
2. The DCJS required 18hr Training Certificate.

---

1 As the only currently outstanding documents are the character references and Training Certificate, this notice will not further discuss other initially outstanding documents which were submitted during the investigatory process.

To appeal this decision, the applicant must submit a notarized statement setting forth the grounds for the appeal. The notarized statement shall contain the following language and be signed by the applicant in the presence of a Notary Public:

"Under penalty of perjury deponent being duly sworn, says that he/she is familiar with all of the statements contained herein and that each of these statements are true, and no pertinent facts have been omitted."

Appeals that are not notarized, or appeals submitted by individuals or business entities other than the applicant (or applicant's attorney) will not be accepted. Appeals must be forwarded to the Director of the License Division within (90) days of the date of this notice. Mark Envelope – <u>ATTENTION: APPEAL UNIT</u>

By direction of

Inspector Hugh Bogle
Commanding Officer