UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JONATHAN CORBETT,                                           :
                        Plaintiff,    :
:        22 Civ. 5867 (LGS)
          -against-                                       :
:             ORDER
KATHLEEN HOCHUL, et al.,                                    :
                      Defendants.  :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that by **June 21, 2024**, Plaintiff shall file an affidavit or declaration stating the addresses of (1) his residence(s), (2) where he is principally employed and (3) the principal place of business of Corbett Rights, P.C.

Dated: June 20, 2024
       New York, New York

                                                                LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE