IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Corbett, *Plaintiff* <br><br> v. <br><br> Kathleen Hochul *et al.*, *Defendants* | Case No.: 1:22-CV-5867 (LGS) <br><br> **DECLARATION OF JONATHAN CORBETT** |

Plaintiff Jonathan Corbett hereby declares as follows:

1. I reside at 167 Graham Ave., Brooklyn, NY 11206.  This is the basis for my eligibility for a New York gun license pursuant to N.Y. Penal Law § 400.00[1].

2. I am an attorney with a nationwide practice.  I am permanently admitted to the bar of 14 courts in 8 different states plus the District of Columbia.  I currently have active cases in courts within New York, California, Texas, Colorado, Florida, and Nevada, and in the last year have also had active cases in Arizona, Connecticut, North Carolina, and Oklahoma.  None of these locations hold a majority of my work; it is thus difficult to answer the Court's question of where I am "principally employed," although I generally use the law firm address below as my primary business address.  My law business is not claimed as a basis for my eligibility for a New York gun license.

3. My firm, Corbett Rights, P.C., is a California professional corporation with principal address of 5551 Hollywood Blvd., Suite 1248, Los Angeles, CA 90028.  Corbett Rights,

---

[1] To the extent that the Court may be concerned that my connection with New York is insufficient to convey standing to obtain a gun license, please *see Osterweil v. Bartlett*, 21 N.Y.3d 580 (N.Y. 2013) (even part-time residence in state sufficient to obtain gun license).  Notwithstanding, I presently have no residence outside of New York.  New York is where I vote, where I pay personal income taxes, and where I have slept for the majority of the past 365 days.

- 2 -

P.C., is also registered with the New York Department of State as a foreign professional corporation authorized to do business in the State of New York.

Dated: New York, New York

    June 20th, 2024

Respectfully submitted,

    */s/Jonathan Corbett*

    _____
    Jonathan Corbett, Esq. (CA Bar #325608)
    *Attorney Proceeding* Pro Se
    CORBETT RIGHTS, P.C.
    5551 Hollywood Blvd., Suite 1248
    Los Angeles, CA 90028
    E-mail: jon@corbettrights.com
    Phone: (310) 684-3870
    FAX:   (310) 675-7080