

5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
jon@corbettrights.com

August 15th, 2024

To:  Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007
*via ECF*

**Re:  Status Report, *Corbett v. Hochul*, 1:22-cv-05867-LGS**

Dear Judge Schofield:

On. July 26th, 2024, the Court found that Plaintiff has standing to sue the City Defendants in this case and ordered the parties to "file a joint letter stating whether they seek to continue the stay of discovery and/or the City Defendants' obligation to respond to the First Amended Complaint."  ECF No. 99.

Plaintiff has filed a letter with the Court of Appeals to restore its jurisdiction.  See attached.  In light of this filing, Plaintiff requested that the case, including discovery, be stayed until the Court of Appeals resolves the issues before it.  The City of New York has indicated that they do not oppose that request.

Respectfully,

*/s/Jonathan Corbett*

_____

Jonathan Corbett, Esq.
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone: (310) 684-3870
E-mail: jon@corbettrights.com