UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JONATHAN CORBETT,                                           :
                                                            :
                                        Plaintiff,          :
                                                            :        22 Civ. 5867 (LGS)
                          -against-                         :
                                                            :        **ORDER**
ERIC ADAMS et al.,                                          :
                                                            :
                                        Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 16, 2024, the discovery deadlines were stayed pending appeal. (Dkt. No. 101).

WHEREAS, on November 21, 2025, the Court of Appeals for the Second Circuit affirmed the November 29, 2022, Order denying Plaintiff's motion for a preliminary injunction and the July 26, 2024, Opinion and Order concluding that Plaintiff has standing to challenge New York State's firearms-training requirement against several New York City officials, but not against New York State officials. (*See* Dkt. Nos. 74, 99 and 104). The mandate issued December 18, 2026.

WHEREAS, the parties were ordered to file a joint letter proposing new discovery deadlines within one week of the Court of Appeals decision. (Dkt. No. 101). It is hereby

ORDERED that the parties shall file a joint letter by **December 30, 2025**.

The Clerk of Court is respectfully directed to revise the caption of this case to Jonathan Corbett v. Eric Adams et al.

Dated: December 19, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE