

5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
jon@corbettrights.com

December 29th, 2025

To: Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007
*via ECF*

**Re:** **Status Report (Joint),** *Corbett v. Hochul*__**, 1:22-cv-05867-LGS**__

Dear Judge Schofield:

    The Court has requested a joint letter regarding the continuation of discovery following the Second Circuit's disposition. ECF No. 105.

    Plaintiff intends to petition for *certiorari*. The due date for such a petition is February 19th, 2026. To avoid engaging in potentially unnecessary discovery, with the Court's approval, the parties agree to file a letter regarding discovery within 1 week of the Supreme Court's disposition (or, should a timely petition not be filed, by February 26th, 2026).

    Respectfully,

    */s/Jonathan Corbett*

    _____
    Jonathan Corbett, Esq.
    CORBETT RIGHTS, P.C.
    5551 Hollywood Blvd., Suite 1248
    Los Angeles, CA 90028
    Phone: (310) 684-3870
    E-mail: jon@corbettrights.com