

5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
jon@corbettrights.com

*February 25th, 2026*

To:  Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007
*via ECF*

Re:  **Status Report, Corbett v. Hochul, 1:22-cv-05867-LGS**

Dear Judge Schofield:

    A petition for certiorari was filed with the U.S. Supreme Court on February 19th, 2026. While the high court still functions on paper and does not open cases, assign case numbers, or provide notifications to courts below or opposing parties based on electronic filing, a copy of the petition is attached here as a courtesy to both my colleagues representing the government and to the Court.

    Respectfully,

    _____/s/Jonathan Corbett_____
Jonathan Corbett, Esq.
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone: (310) 684-3870
E-mail: jon@corbettrights.com