

CIVIL RIGHTS LAW

## CORBETT RIGHTS
P.C.

5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
jon@corbettrights.com

*June 30th, 2026*

To:    Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007
*via ECF*

**Re:    Status Report, Corbett v. Hochul, 1:22-cv-05867-LGS**

Dear Judge Schofield:

Pursuant to the Court's order for semimonthly status reports issued June 16th, 2026, the parties report[1] that they have reached a resolution in principle and are currently working to memorialize their agreement in writing. A stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is expected to be filed with (10) days. Should this not be completed within that timeframe, I will write to the Court to explain why.

Respectfully,

_____/s/Jonathan Corbett_____
Jonathan Corbett, Esq.
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone: (310) 684-3870
E-mail: jon@corbettrights.com

---

[1] Plaintiff writes with consent of counsel for all remaining defendants.